FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

MAR 2 0 2013

BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>MANUEL RIVERA GARCIA | No. 13-mj-1022<br><br>The Honorable Juliet Griffin<br>U.S. Magistrate Judge<br><br>**UNDER SEAL** |

## MOTION TO SEAL

The United States of America, by and through Assistant U.S. Attorney Alex Little, respectfully moves this Court to place under seal the related Affidavit, Complaint, and Warrant.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

By: _____

Alex Little
Assistant United States Attorney
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

GRANTED